JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD AUSENCIO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LVI SERVICES, INC.; NORTHSTAR GROUP HOLDINGS, LLC; and DOES 1 through 50,<br><br>Defendants. | Case No. CV 15-124 PA (PJWx)<br><br>ASSIGNED FOR ALL PURPOSES TO HON. PERCY ANDERSON<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Trial Date: None<br>Complaint Filed: September 26, 2014 |

# [PROPOSED] ORDER

Upon consideration of the parties' Joint Stipulation to Remand Case to State Court, **IT IS HEREBY ORDERED** that:

1. This case is remanded to state court for further proceedings, without prejudice to Defendants to seek federal court jurisdiction should additional evidence be discovered through litigation that would support grounds for removal.

2. That any hearings and pending deadlines are taken off calendar in this Court.

3. Each party shall bear its own costs and fees in connection with the removal of the action and this remand.

Dated: January 21, 2015

_____
HON. PERCY ANDERSON
JUDGE, U.S. DISTRICT COURT

JS-6

Firmwide:131240307.1 076036.1018

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

1.